UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MICHAEL A. CURTIS | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:18-cv-02196-CSB-EIL |
| | ) | |
| v. | ) | Hon. Colin Stirling Bruce |
| | ) | |
| ONLINE INFORMATION SERVICES, INC. | ) | Hon. Eric I. Long |
| | ) | |
| Defendant. | ) | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Michael A. Curtis, through undersigned counsel, and Defendant, Online Information Services, Inc., through undersigned counsel (collectively, "the Parties"), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action is dismissed, with prejudice, with the Parties bearing their own costs and attorneys' fees.

Dated:  December 31, 2018                                  Respectfully Submitted,

/s/ *Louis J. Manetti, Jr.*                                /s/ *Geoff B. McCarrell*
Louis J. Manetti, Jr.                                      Geoff B. McCarrell #0086427
Counsel for Defendant                                      Counsel for Plaintiff
Hinshaw & Culbertson, LLP                                  Consumer Law Partners, LLC
151 N. Franklin, Suite 2500                                333 N. Michigan Avenue, Suite 1300
Chicago, IL 60606                                          Chicago, IL 60601
Phone: (312) 704-3000                                      Phone: (267) 422-1000
Email:  lmanetti@hinshawlaw.com                            Email: geoff.m@consumerlawpartners.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Agreed Stipulation of Dismissal With Prejudice* is being filed electronically with the United States District Court for the Central District of Illinois, on this 31st day of December, 2018. Notice of this filing will be transmitted to all counsel of record by operation of the Court's electronic filing system.

                                                */s/ Geoff B. McCarrell*
                                                Geoff B. McCarrell #0086427
                                                CONSUMER LAW PARTNERS, LLC